373 A.2d 1143

Commonwealth ex rel. Weirich v. Weirich, Appellant.

Argued March 16, 1977. William B. Anstine, Jr., with him Kenneth J. Sparler, for appellant; Raymond R. Smith, submitted a brief for appellee.

Order affirmed.